**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 01-7810**

―――――――

MALCOM MAXWELL RYIDU-X, a/k/a Richard Edward
Janey,

                                    Plaintiff - Appellant,

        versus


MARYLAND DIVISION OF CORRECTION; STUART O.
SIMMS, Secretary; MR. NINES, CMS II; S. A.
WILSON, CO II, Assistant Coordinator; L. K.
NATALE, CO II,

                                    Defendants - Appellees.


―――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey, II, Senior District
Judge.  (CA-01-1759)

―――――――

Submitted:  February 21, 2002          Decided:  March 5, 2002

―――――――

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Malcom Maxwell Ryidu-X, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, David Phelps Kennedy, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Malcom Maxwell Ryidu-X appeals from the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint because he failed to inform the court of his change of address. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the district court's reasoning. Ryidu-X v. Maryland Dep't of Correction, No. CA-01-1759 (D. Md. filed Sept. 24, 2001; entered Sept. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED